**2013–0301.  Plassman v. Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus of Todd Plassman. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0303.  State ex rel. Lacey v. Weaver.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0316.  State ex rel. Harrison v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On answer of respondent with jury demand. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
O'NEILL, J., dissents and would grant an alternative writ.

**2013–0346.  State ex rel. Hummel v. Henson.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2012–1272.  ProgressOhio.org, Inc. v. JobsOhio.**
Franklin App. No. 11AP–1136, 2012-Ohio-2655. On motion to withdraw Victoria E. Ullmann as counsel for ProgressOhio.org, Inc. in order to be made a party/appellant in this action. Motion granted in part. The withdrawal of counsel is granted and the request to be made a party is denied.
On motion to require counsel for the 1851 Center to file proof of compliance with rules of conduct for the bar regarding improper contact with a represented party and conflict of interest or withdraw from the case. Motion denied.
Motion to strike Victoria E. Ullmann's motion to withdraw and motion to dismiss and strike Victoria E. Ullmann's motion to require counsel for the 1851 Center to file proof of compliance with rules of conduct for the bar are denied as moot.
O'DONNELL, J., not participating.

**2012–1732.  Snype v. Cost.**
Portage App. No. 2012–P–0001, 2012-Ohio-3892. On demand for the court to show cause. Demand denied.

**2012–1905.  State ex rel. Shumaker v. Nichols.**
Madison App. No. CA2011–10–015. On motion for oral argument. Motion denied.
PFEIFER, J., dissents.

**2013–0091.  FirstMerit Bank, N.A. v. Inks.**
Summit App. Nos. 25980 and 26182, 2012-Ohio-5155. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' entry filed December 19, 2012:
"Whether Section 1335.05 of the Ohio Revised Code prohibits a party from raising as a defense that the parties to a contract involving an interest in land orally agreed to modify the terms of their agreement."
PFEIFER and FRENCH, JJ., dissent.
The conflict case is *Nicolazakes v. Deryk Babrield Tangeman Irrevocable Trust*, 10th Dist. No. 00AP–7, 2000 WL 1877521 (Dec. 26, 2000).
Sua sponte, cause consolidated with 2013–0203, *FirstMerit Bank, N.A. v. Inks*, Summit App. No. 26182, 2012-Ohio-5155.